Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−27186−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas P. Calabrese
   10 Jonquil Way
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6522

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On August 29, 2018 a NOTICE OF HEARING ON CONFIRMATION OF PLAN was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
INCORRECT CONFIRMATION HEARING DATE: 10/24/18

Corrected to state:
CORRECT CONFIRMATION HEARING: 11/07/18 AT 10:00AM

The amendment of this notice does not affect deadlines that have been previously set.


Dated: September 10, 2018
JAN: mef

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 18-27186-JNP
Thomas P. Calabrese                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1         Date Rcvd: Sep 10, 2018
                              Form ID: 196             Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db             +Thomas P. Calabrese,    10 Jonquil Way,    Sicklerville, NJ 08081-4100
517728162      +Carol Calabrese,    10 Jonquil Way,    Sicklerville,NJ 08081-4100
517725460      +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
517745110      +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517725462      +Parker McCay, PA,    9000 Midlantic Drive, Suite 300,    Mount Laurel, NJ 08054-1539
517725463      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Suite 300,
                 Highlands Ranch, CO 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2018 23:35:53     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2018 23:35:49     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
517725459      +E-mail/Text: bankruptcy@acbhq.com Sep 10 2018 23:35:19     American Credit Bureau,
                 PO Box 4545,    Boynton Beach, FL 33424-4545
517725461      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 10 2018 23:35:49     Midland Funding, LLC,
                 2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, et al ...
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Thomas P. Calabrese rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```