| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture Trustee, for FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2 | Order Filed on November 14, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>Thomas P. Calabrese,<br><br>Debtor. | Case No.: 18-27186 JNP<br>Adv. No.:<br>Hearing Date: 10/24/18 @ 10:00 a.m.<br><br>Judge: Jerrold N. Poslusny Jr. |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: November 14, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors:     Thomas P. Calabrese
Case No.:    18-27186 JNP
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture Trustee, for FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2, holder of a mortgage on real property located at 10 Jonquil Way, Sicklerville, NJ, 08081-4100, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Richard S. Hoffman, Esquire, attorney for Debtor, Thomas P. Calabrese, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 1) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.