UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture Trustee, of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2

In Re:
   Thomas P. Calabrese, Carol Calabrese

Debtors.



**Order Filed on January 28, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-27186 JNP

Adv. No.:

Hearing Date: 1/22/19 @ 10:00 a.m..

Judge: Jerrold N. Poslusny Jr.

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 28, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Thomas P. Calabrese, Carol Calabrese
Case No:  18-27186 JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture Trustee, of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 10 Jonquil Way, Sicklerville, NJ, 08081-4100, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Richard S. Hoffman, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 17, 2019, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2018 through January 2019 for a total post-petition default of $9,861.90 (5 @ $1,972.38)

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $9,861.90 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume February 1, 2019, directly to Secured Creditor, Specialized Loan Servicing LLC, PO Box 636007, Littleton, CO 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $176.00 for filing fees, totaling $526.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.