| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Case No: <u>18-27186 JNP</u> |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Joshua I. Goldman, Esq.<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Specialized Loan Servicing LLC as servicer for HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture Trustee, of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2 | Chapter: <u>13</u><br><br>Order Filed on April 29, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Hearing Date: ***<br><br>Judge:  Jerrold N. Poslusny Jr. |
| In re:<br>Thomas P. Calabrese<br>            DEBTOR<br>Carol Calabrese<br>            CO-DEBTOR | |

| Recommended Local Form:  ☐ Followed      ☐ Modified |
|---|
|  |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 29, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of  Specialized Loan Servicing LLC as servicer for HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture Trustee, of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2, NATIONAL ASSOCIATION, as Indenture Trustee, of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 5 , Block 19302 ,   10 Jonquil Way, Sicklerville NJ 08081-4100**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.