Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−27186−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Thomas P. Calabrese
    10 Jonquil Way
    Sicklerville, NJ 08081

Social Security No.:
    xxx−xx−6522

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/29/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 29, 2019
JAN: kvr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-27186-JNP
Thomas P. Calabrese                                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1              Date Rcvd: Apr 29, 2019
                              Form ID: 148           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db            +Thomas P. Calabrese,    10 Jonquil Way,    Sicklerville, NJ 08081-4100
517728162     +Carol Calabrese,    10 Jonquil Way,    Sicklerville,NJ 08081-4100
517725460     +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
517745110     +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517725462     +Parker McCay, PA,    9000 Midlantic Drive, Suite 300,    Mount Laurel, NJ 08054-1539
517725463     +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Suite 300,
               Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 00:27:40     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 00:27:37     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517725459     +E-mail/Text: bankruptcy@acbhq.com Apr 30 2019 00:27:01     American Credit Bureau,
               PO Box 4545,   Boynton Beach, FL 33424-4545
517725461     +EDI: MID8.COM Apr 30 2019 03:48:00     Midland Funding, LLC,    2365 Northside Drive,
               Suite 300,   San Diego, CA 92108-2709
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, et al ...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, et al ...
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Thomas P. Calabrese rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5