| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No:     <u>18-27186 JNP</u> |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Joshua I. Goldman, Esq.<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Specialized Loan Servicing LLC as servicer for HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture Trustee, of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2 | Chapter:     <u>13</u>     **Order Filed on April 29, 2019 by**<br>                                  **Clerk U.S. Bankruptcy Court**<br>Hearing Date: ***        **District of New Jersey**<br><br>Judge:   Jerrold N. Poslusny Jr. |
| In re:<br>Thomas P. Calabrese<br>                         DEBTOR<br>Carol Calabrese<br>                         CO-DEBTOR | |
| Recommended Local Form:     ☐ Followed     ☐ Modified | |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 29, 2019**

*/s/ Jerrold N. Poslusny, Jr.*

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of  Specialized Loan Servicing LLC as servicer for HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture Trustee, of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2, NATIONAL ASSOCIATION, as Indenture Trustee, of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 5 , Block 19302 ,   10 Jonquil Way, Sicklerville NJ 08081-4100**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas P. Calabrese  
    Debtor

Case No. 18-27186-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 29, 2019  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.  
db          +Thomas P. Calabrese,    10 Jonquil Way,    Sicklerville, NJ 08081-4100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:  
        Denise E. Carlon     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, et al ...  
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
        Kevin Gordon McDonald     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, et al ...  
         kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Richard S. Hoffman, Jr.     on behalf of Debtor Thomas P. Calabrese    rshoffman@hoffmandimuzio.com,  
         lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                      TOTAL: 5